WHITTLE, sheriff, *v.* BOARD OF COMMISSIONERS OF RICHMOND
COUNTY *et al.*

BOARD OF COMMISSIONERS OF RICHMOND COUNTY *et al. v.* WATKINS
*et al.*

PER CURIAM. These two cases are controlled by the decision in *Board of
Commissioners of Richmond County* v. *Whittle* (10501), ante.
*Judgment reversed in the Whittle case, and affirmed in the Watkins case.
All the Justices concur.*

Nos. 10462, 10499. JANUARY 16, 1935.
REHEARING DENIED FEBRUARY 16, 1935.

*William K. Miller* and *Isaac S. Peebles Jr.,* for plaintiffs.
*Pierce Brothers,* for defendants.